# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN DAVID KUEHNE, JR., | : | |
| Defendant/Petitioner, | : | Case No. 3:10cv379 |
| | | Case No. 3:03cr063-1 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| UNITED STATES OF AMERICA, | : | Chief Magistrate Judge Sharon L. Ovington |
| Plaintiff/Respondent. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #396), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 17, 2014 (Doc. #396) is ADOPTED in full;

2. Kuehne's Motion for Relief from Judgment (Doc. #395) is DENIED;

3. Kuehne is denied a certificate of appealability and leave to proceed *in forma pauperis* on appeal; and

4. The case remains terminated on the docket of this Court.

December 22, 2014                    *s/Thomas M. Rose
                                     _____
                                     Thomas M. Rose
                                     United States District Judge